# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

PETER J. KOLVA,

    Plaintiff,

VS.                                            Case No. 4:16cv691-WS/CAS

C. MCGREW, et al.,

    Defendants.

_____/

## SECOND REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case on October 31, 2016, by submitting a civil rights complaint pursuant to 42 U.S.C. § 1983, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. A Report and Recommendation was entered concerning Plaintiff's motion, ECF No. 2, noting the Prisoner Consent Form was not signed and, more importantly, Plaintiff's affidavit of indigency demonstrated Plaintiff had the financial ability to pay the $400.00 filing fee, ECF No. 2. ECF No. 4. The Report and Recommendation was adopted, ECF No. 7, and Plaintiff was subsequently given until January 17, 2017, in which to pay the $400.00 filing fee to proceed with this case. ECF No. 8.

As of this date, Plaintiff has not submitted payment.  Plaintiff was warned that if he failed to comply, a recommendation may be made to dismiss this case.  ECF No. 8.  It now appears that Plaintiff has abandoned this litigation and the case should be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with court orders and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on May 10, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**